# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR RECORDING OR TRANSCRIPT DESIGNATION AND ORDER FORM

**1. District Court Case No.:** 6:22-cv-00113-MK

**2. Short Case Title:** Melody Spear v. State Farm Mut. Auto. Ins. Co.

**3. Court of Appeals Case No.:** 23-35356

**4.** ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

**5. NAME** (Person Ordering Recording/Transcript): David E. Smith

**6. PHONE NUMBER:** (503) 378-7777

**7. DATE:** 6/16/2023

**8. E-MAIL ADDRESS:** dsmith@smapc.com

**9. MAILING ADDRESS:** 530 Center St Ste 712

**10. CITY:** Salem

**10. STATE:** OR

**11. ZIP:** 97301

**12. ORDER FOR:** ☐ PLAINTIFF NAME: _____  ☑ DEFENDANT NAME: State Farm Mut. Auto. Ins. Co.
☑ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL  ☑ CIVIL  ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. AUDIO RECORDING ONLY REQUESTED:** **Available only if "FTR" is indicated in the record.** Specify the case number, date, and time of the hearing. Financial arrangements must be made with the Clerk's Office before the recording is prepared. Copy cost: $32 for each recording. If payment is authorized under the CJA, attach the CJA-24 voucher.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
|  |  |  |

☑ **14. TRANSCRIPT OF HEARING OR TRANSCRIPT OF FTR RECORDING REQUESTED:** Contact the Court Reporter via e-mail using the address listed at ord.uscourts.gov (or by calling 503-326-8190 if no reporter is named on the docket), and file this form in the case using CM/ECF. Specify the case number, date, and time of the hearing. Financial arrangements must be made with the Court Reporter before the transcript is prepared. If payment is authorized under the CJA, attach the CJA-24 voucher.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Docket # 28: Motions Hearing - MSJ, MSPJ, and Motion to Certify Question | 9/15/2022 | Kasubhai |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADDITIONAL COPIES (to same party) | FORMAT REQUESTED — PAPER | FORMAT REQUESTED — ELECTRONIC |
|---|---|---|---|---|---|
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $3.65 per page | $.90 per page | $.60 per page | ☑ Full Size  ☐ Condensed | ☑ PDF  ☐ ASCII  ☐ PTX |
| **14-DAY TRANSCRIPT:** To be delivered within 14 calendar days after receipt of an order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size  ☐ Condensed | ☐ PDF  ☐ ASCII  ☐ PTX |
| **EXPEDITED:** To be delivered within 7 days after receipt of an order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size  ☐ Condensed | ☐ PDF  ☐ ASCII  ☐ PTX |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $5.45 per page | $1.05 per page | $.75 per page | ☐ Full Size  ☐ Condensed | ☐ PDF  ☐ ASCII  ☐ PTX |
| **DAILY:** To be delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it is a business day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size  ☐ Condensed | ☐ PDF  ☐ ASCII  ☐ PTX |
| **HOURLY:** To be delivered within 2 hours after receipt of the order. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size  ☐ Condensed | ☐ PDF  ☐ ASCII  ☐ PTX |

**15. DISTRIBUTION:** File this form electronically in the applicable case using CM/ECF. Notice will automatically be distributed to all Parties.

Revised 11/4/2019 (ct)

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I served a copy of the foregoing

**FTR RECORDING OR TRANSCRIPT DESIGNATION AND ORDER FORM** on:

Jeffrey Paul Thayer, OSB No. 983592
The Gatti Law Firm
235 Front Street SE, Suite 200
Salem, OR 97302
Fax: (503)-371-2482
E-mail address: jthayer@gattilaw.com
   Attorney for *Plaintiff*

Travis Eiva, OSB No. 052440
Eiva Law
1165 Pearl Street
Eugene, OR 97401
Fax: 458-205-8658
E-mail address: travis@eivalaw.com
   Of Attorneys for *Plaintiff*

Ryan White, RMR, CRR, CSR/CCR
Official Court Reporter
U.S. District Court for the District of Oregon
E-mail address: ryan_white@ord.uscourts.gov

☒     by emailing a copy to said attorney at the above email address with consent of counsel;

☐     by mailing a copy in a sealed, first-class, postage prepaid envelope, addressed to said attorneys at the above address and deposited in the U.S. Mail;

☒     by serving correct copies thereof, certified by me as such, to attorneys via the United States District Court for the District of Oregon's CM/ECF filing system.

DATED this 16$^h$ day of June, 2023.

                              s/ David E. Smith
                              RALPH C. SPOONER, OSB# 732880
                              DAVID E. SMITH, OSB# 124591
                              Attorneys for Defendant-Appellant State Farm
                              E-mail: rspooner@smapc.com
                                          dsmith@smapc.com
                              Fax: (503) 588-5899